**Order entered July 22, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00380-CV

**WOODS CAPITAL ENTERPRISES, LLC, Appellant**

**V.**

**DXC TECHNOLOGY SERVICES LLC, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-05895-2018**

## ORDER

Before the Court is appellee's July 18, 2019 unopposed second motion for an extension of time to file its brief on the merits. We **GRANT** the motion and extend the time to **July 25, 2019**.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE